**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 15-43324 ELM Judge: E. LEE MORRIS | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | Lgm Finance Companies, Llc | Date Filed (f) or Converted (c): | 11/30/15 (c) |
| | | 341(a) Meeting Date: | 01/15/16 |
| For Period Ending: | 06/30/19 | Claims Bar Date: | 04/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PLAINSCAPITAL BANK | 32,403.23 | 32,403.23 | | 7,075,000.00 | FA |
| 2. ACCT. RECEIVABLE | 2,486,320.00 | 2,486,320.00 | | 1,472,135.57 | FA |
| *owed by LGM Management - 00.00 value - uncollectible. | | | | | |
| 3. 100% OWNERSHIP - AC LENDING, LLC | 4,263,000.00 | 4,263,000.00 | | 512,524.41 | FA |
| * still has some cash and the PLS Arbitration receivable - value dependent on outcome of arbitration ($1,781,234.00) | | | | | |
| 4. 100% OWNERSHIP - ISF TEXAS, LLC | 293,000.00 | 293,000.00 | | 0.00 | FA |
| 5. 100% OWNERSHIP - INFINITY SPECIALTY FINANCE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 6. 100% OWNERSHIP - MC LOANS, LLC | 659,000.00 | 659,000.00 | | 0.00 | FA |
| 7. 100% OWNERSHIP - RCL FINANCE, INC. | 4,611,000.00 | 4,611,000.00 | | 0.00 | FA |
| 8. 100% FINANCE - SDI FINANCE, INC. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. 100% OWNERSHIP - TEXAS LOAN CORPORATION | 1,889,000.00 | 1,889,000.00 | | 1,360,191.07 | FA |
| 10. 100% OWNERSHIP - TLC 1, LLC | 810,000.00 | 810,000.00 | | 0.00 | FA |
| 11. 100% OWNERSHIP - TLP FUNDING, LLC | 700,000.00 | 700,000.00 | | 0.00 | FA |
| 12. NOTE RECEIVABLE - BCG 2010 A PROM NOTE | 17,351,235.00 | 17,351,235.00 | | 0.00 | FA |
| *DOUBTFUL OR UNCOLLECTIBLE AMOUNT  **value represented in asset # 19-27 collected. | | | | | |
| 13. NOTE RECEIVABLE - BCG 2011 B PROMISSORY NOTE | 200,000.00 | 100,000.00 | | 0.00 | FA |
| *DOUBTFUL OR UNCOLLECTIBLE AMOUNT OF $100,000  * note due/cash collected and in BCG account | | | | | |
| 14. 3RD PARTY CAUSES OF ACTION - AGAINST BONFIRE | 1,800,000.00 | 1,000,000.00 | | 1,271,007.15 | FA |
| *AMOUNT REQUESTED $1,800,000.00 COUNTERCLAIM IN MAIN STREET ACQUISITION CORP. VS. BONFIRE CAPITAL GROUP, LLC et al; CASE NO. 15A-4833-7 IN THE SUPERIOR COURT OF GWINNETT COUNTY, STATE OF | | | | | |

LFORM1    Ver: 22.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 15-43324 ELM   Judge: E. LEE MORRIS | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | Lgm Finance Companies, Llc | Date Filed (f) or Converted (c): | 11/30/15 (c) |
| | | 341(a) Meeting Date: | 01/15/16 |
| | | Claims Bar Date: | 04/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GEORGIA. | | | | | |
| 15. OTHER - ATALAYA CAPITAL MANAGEMENT - CONTINGENCY | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| * INDEMNIFCATION ESCROW UNTIL FULL RELEASE RECEIVED FROM NOTEHOLDS OR 6 YEARS LATER. | | | | | |
| 16. REFUND OF RETAINER - PATRICK REARDON (u) | 0.00 | 23,614.65 | | 23,614.65 | FA |
| 17. REFUND - SOVEREIGN RISK SOLUTIONS, LLC (u) | 0.00 | 12,794.76 | | 15,864.76 | FA |
| *RETURN PREMIUM FOR PRIVACY CYBER & EMPLOYED LAWYERS POLICY CANC. | | | | | |
| 18. Miscellaneous refunds (u) | 0.00 | 20.63 | | 58.29 | FA |
| 19. BONFIRE FUNDS IN ORIGIN BANK (u) | 0.00 | 68,651.56 | | 68,651.56 | FA |
| *BONFIRE CAPITAL GROPU 2011-A LP | | | | | |
| 20. ALLIED GROWTH INVESTMENT FUNDS IN PLAINSCAPITAL (u) | 0.00 | 252,939.76 | | 252,939.76 | FA |
| 21. BONFIRE CAPITAL GROUP 2011-B, LP IN PLAINS CAPITAL (u) | 0.00 | 52,986.66 | | 52,986.66 | FA |
| 22. VANTAGE FINANCE, INC. FUNDS IN PLAINS CAPITAL (u) | 0.00 | 50,852.67 | | 50,852.67 | FA |
| 23. BONFIRE CAPITAL GROPU 2010-A, LP FUNDS IN PLAINSCA (u) | 0.00 | 30,235.17 | | 30,235.17 | FA |
| 24. FS MANAGEMENT, LLC FUNDS IN PLAINS CAPITAL (u) | 0.00 | 25,936.21 | | 25,936.21 | FA |
| 25. BONFIRE FINANCIAL SERVICES, LLC FUNDS IN PLAINSCAP (u) | 0.00 | 6,204.15 | | 6,204.15 | FA |
| 26. BONFIRE CAPITAL GROUP, LLC FUNDS IN PLAINS CAPITAL (u) | 0.00 | 4,618.50 | | 4,618.50 | FA |
| 27. BONFIRE FINANCIAL - IN TRANSIT - PLAINS CAPITAL (u) | 0.00 | 1,307.54 | | 1,307.54 | FA |
| 28. AFFIILIATED COMPANIES - VANTAGE FINANCE, INC. (u) | 0.00 | 1,014,498.73 | | 1,014,498.73 | FA |
| Vantage Finance, Inc. (70% Gene McKenzie, 20% Randy Woods, 5% Kerissa Hollis)<br><br>Allied Growth Investments, LLC dba Cooper Car Center (100% Vantage Finance, Inc.) | | | | | |

Gross Value of Remaining Assets

LFORM1

Ver: 22.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 15-43324 | ELM | Judge: E. LEE MORRIS | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | Lgm Finance Companies, Llc | | | Date Filed (f) or Converted (c): | 11/30/15 (c) |
| | | | | 341(a) Meeting Date: | 01/15/16 |
| | | | | Claims Bar Date: | 04/14/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $36,095,958.23 | $36,740,619.22 | | $13,238,626.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS FILING TAX RETURNS OF SUBSIDIARIES AND CLOSING ALL CORPORATE ENTITIES. ESTIMATED DATE OF TFR IS 09/30/2019.

Initial Projected Date of Final Report (TFR): 08/01/17     Current Projected Date of Final Report (TFR): 09/30/19

LFORM1

Ver: 22.02